Form 2500A (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **Sherqutha Nicole Horn**                  **CASE NO.  25–51609–KMS**

        **DEBTOR.**                       **CHAPTER  13**


**Sherqutha Nicole Horn**                        **PLAINTIFF**

    **v.**                       **ADV. PROC. NO.  25–06017–KMS**

**US Department of Education**                 **DEFENDANT**


**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:                    Danny L. Miller, Clerk of Court
                                         Dan M. Russell, Jr. U.S. Courthouse
                                         2012 15th Street, Suite 244
                                         Gulfport, MS 39501


At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:             Thomas Carl Rollins, Jr, Esq.
                                                The Rollins Law Firm, PLLC
                                            PO BOX 13767
                                              Jackson, MS 39236


If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


Date: December 1, 2025

                                                 Danny L. Miller, Clerk of Court

                                                 By:  /s/Christy Cannette, Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Sherqutha Nicole Horn**                    **Case No. 25-51609-KMS**
             **, Debtor**                                          **CHAPTER 13**

**Sherqutha Nicole Horn, Plaintiff**

**v.**                                                                    **AP No.**  25-0617-KMS

**US DEPARTMENT OF EDUCATION, Defendant**

### Debtor's Complaint to Determine Federal Student Loans Dischargeable For "Undue Hardship" Under 11 U.S.C. § 523(a)(8)

**Nature of Action**

1. This is an adversary proceeding by which the Debtor seeks a declaration that Federal student loans constitute an undue hardship for the Debtor and should be discharged pursuant to Section 523(a)(8) of the Bankruptcy Code.

**Jurisdiction and Venue**

2. On October 28, 2025, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the Southern District of Mississippi for relief under Chapter 13 of the Bankruptcy code.

3. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157(a).

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5. Venue is proper in this district pursuant to 28 U.S.C § 1409.

**Parties**

6. Plaintiff, Sherqutha Nicole Horn, is the Debtor in the above captioned case. They are the recipient of Federal student loans.

7. Defendant, United States Department of Education, is a Federal agency that oversees and originates Federal student loans. It is the originator and holder of the loans at issue. Defendant can be served at:

    a. US Department of Education, 400 Maryland Ave SW, Washington, D.C. 20202;

    b. US Department of Education, c/o US Attorney, 501 E Court St, Ste 4.430, Jackson, MS 39201; and

    c.  US Department of Education, c/o US Attorney General, USDOJ, 950 Pennsylvania Ave NW, Washington, D.C. 20530.

**Factual Allegations**

8. Plaintiff is a resident of Heidelberg, Jasper County, Mississippi. She is 43 years old and her household consists of herself and two (2) dependents, ages 8 and 19.

9. Plaintiff has federal student loans held by the U.S. Department of Education that have been consolidated into two Direct Consolidation Loans. As of the most recent data, the outstanding balances consist of:

    i)  Direct Consolidation Unsubsidized Loan with principal of approximately $25,805.67; and

    ii)  Direct Consolidation Subsidized Loan with principal of approximately $24,316.69;

    for a total federal student loan balance of approximately $59,122.64.

10. The underlying loans were originally incurred between approximately 2008 and 2012 while Plaintiff attended Jones County Junior College, the University of Southern Mississippi, and Mississippi Gulf Coast Community College. The consolidated loans entered repayment more than ten years ago.

11. The standard repayment amount on Plaintiff's federal student loans would require a monthly payment far in excess of her ability to pay based on her current household income and necessary living expenses.

12. Plaintiff is unable to afford the standard repayment amount because, after accounting for her reasonable and necessary household expenses, she has no disposable income available to make meaningful payments toward her federal student loans.

13. Plaintiff has been out of school for more than ten years, having last attended Mississippi Gulf Coast Community College and received an Associate's Degree in Nursing in May 2015.

14. Plaintiff has made good-faith efforts to repay her loans throughout the repayment period. Her loan history reflects multiple attempts to remain in repayment, including prior enrollment in repayment plans, periods of forbearance and deferment due to hardship, and communication with servicers regarding repayment options.

15. Over the life of her student loans, Plaintiff has made payments toward her obligations, and her consolidated loan history reflects longstanding efforts to manage her debt despite limited financial resources.

16. Plaintiff obtained the education for which the loans were incurred and is employed as a Registered Nurse; however, her current income is not sufficient to make substantial payments on the loans, and her earning capacity is unlikely to increase to a level that would allow repayment.

17. Plaintiff filed bankruptcy in order to stabilize her financial circumstances and maintain a minimal standard of living for herself and her household. Continued repayment of her student loan obligations would impose an undue hardship and prevent her from meeting basic living needs.

18. Plaintiff has maximized her income and minimized her expenses as much as reasonably possible, and her financial circumstances leave no room for significant loan repayment.

19. Plaintiff's employment situation and income level are unlikely to materially improve over a significant portion of the repayment period, making repayment of the federal student loans impracticable.

20. Plaintiff's personal, financial, and household circumstances prevent her from taking on additional employment or generating additional income sufficient to make payments toward her federal student loans.

**Claims for Relief**

*Declaration that Any Federal Student Loan Obligations Should be Discharged Pursuant to Section 523(a)(8)*

21. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 20 of this Complaint as if fully set forth herein.

22. The repayment of Federal student loans made to Plaintiff would be an undue hardship to her.

23. As a result, Plaintiff's Federal student loan obligation should be discharged pursuant to 11 U.S.C. § 523(a)(8).

WHEREFORE, the Plaintiff demands judgment declaring that her Federal student loan is discharged pursuant to Bankruptcy Code section 523(a)(8).

Dated this November 20, 2025.

Respectfully Submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
jennifer@therollinsfirm.com
trollins@therollinsfirm.com

Form 2500A

25–06017–KMS

## CERTIFICATE OF SERVICE

I, <u>Kerri Rodabough</u> (name), certify that service of this summons and a copy of the complaint was made <u>December 5, 2025</u> date) by:

(√)     Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

      US Department of Education, 400 Maryland Ave SW, Washington, D.C. 20202
      US Department of Education, c/o US Attorney, 501 E Court St, Ste 4.430, Jackson, MS 39201
      US Department of Education, c/o US Attorney General, USDOJ, 950 Pennsylvania Ave NW, Washington, D.C. 20530.

( )     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

( )     Residence Service: By leaving the process with the following adult at:

( )     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

( )     Publication: The defendant was served as follows: [Describe briefly]

( )     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

      If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>December 5, 2025</u>      Signature <u>/s/ Kerri Rodabough</u>

Print Name:     <u>Kerri Rodabough</u>

Business Address:     <u>P.O. Box 13767</u>

                  <u>Jackson, MS 39236</u>

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Sherqutha Nicole Horn

CASE NO: 25-06017

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 12/5/2025, I did cause a copy of the following documents, described below,

Summons

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/5/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Sherqutha Nicole Horn

CASE NO: 25-06017

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 12/5/2025, a copy of the following documents, described below,

Summons

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/5/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

US DEPARTMENT OF EDUCATION
400 MARYLAND AVE SW
WASHINGTON DC 20202

FIRST CLASS

US DEPARTMENT OF EDUCATION
C/O US ATTORNEY
501 E COURT ST STE. 4.430
JACKSON MS 39201

FIRST CLASS

US DEPARTMENT OF EDUCATION
C/O US ATTORNEY GENERAL USDOJ
950 PENNSYLVANIA AVE NW
WASHINGTON  DC 20530

FIRST CLASS

US DEPARTMENT OF EDUCATION
C/O US ATTORNEY

FIRST CLASS

US DEPARTMENT OF EDUCATION
C/O US ATTORNEY GENERAL USDOJ