## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| **SHARELLE MARIE ROBINSON,** | **Case No.:**    **26-50685-KMS** |
| **Debtor.** | **Chapter:**    **7** |

| | |
|---|---|
| **SHARELLE MARIE ROBINSON** | **PLAINTIFF** |
| **v.** | **Adv. Proc. No.: 26-06021-KMS** |
| **U.S. DEPARTMENT OF EDUCATION** | **DEFENDANT** |

### JOINT MOTION TO STAY ADVERSARY PROCEEDING

Defendant United States of America, on behalf of the Department of Education, and Plaintiff Sharelle Marie Robinson jointly move to stay the above-styled adversary proceeding, including the deadlines such as date for Defendant to respond to the adversary complaint.

1. Defendant and Plaintiff are currently in discussions, in accordance with the recent guidance of the Dept. of Justice and the Dept. of Education,[1] regarding the undue hardship asserted by the Plaintiff.

2. Though neither party has made guarantees or agreements regarding these settlement discussions, the discussions are being conducted with the hope of resolving, or stipulating to certain facts regarding, the Plaintiff's adversary complaint.

---

[1] https://www.justice.gov/civil/page/file/1552681/download (last visited January 23, 2026).

3.     The parties both agree that such a stay is in the interest of justice and is not for purpose of delay.

4.     Once the parties have concluded their discussions, the parties will notify the Court of their intent to move forward with the adversary proceeding, and, potentially, of their intent to enter a joint stipulation.

For these reasons, the United States moves the Court to stay the adversary proceeding until further notice, holding in abeyance all deadlines and scheduling conferences until the stay is lifted.

Dated: June 23, 2026.     Respectfully submitted,

**U.S. DEPARTMENT OF EDUCATION,**
*Defendant*

J.E. BAXTER KRUGER
*United States Attorney*
*Southern District of Mississippi*

By:     *s/ Gregg Mayer*
Gregg Mayer (MSB No. 102232)
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 965-4480
Facsimile: (601) 965-4032
Email: Gregg.Mayer@usdoj.gov
*Attorney for Defendant Dept. of Education*

By:     */s/ Thomas Carl Rollins, Jr.*
(signed w/ permission by GM)
Thomas Carl Rollins, Jr., Esq.(MSB No. 103469)
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com
*Attorney for Plaintiff*

## **Certificate of Service**

I, Gregg Mayer, hereby certify that, on this date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notice to all counsel of record.

Dated: June 23, 2026.                          /s *Gregg Mayer*
                                                                Gregg Mayer